No. 222. TALLULAH FALLS RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* MACON COUNTY SUPPLY COMPANY. In error to the Supreme Court of the State of North Carolina. Submitted January 24, 1916. Decided February 21, 1916. *Per Curiam.* Judgment reversed with costs upon the authority of *Southern Railway* v. *Reid,* 222 U. S. 424;

*Yazoo & Mississippi Valley Railroad* v. *Greenwood Grocery Co.,* 227 U. S. 1; *Charleston & Western Carolina Railway* v. *Varnville Furniture Co.,* 237 U. S. 597. *Mr. Hamilton McWhorter* for the plaintiff in error. No appearance for the defendant in error.